UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| ÁNGEL RIVERA – RUIZ<br><br>   Plaintiff<br><br>              v.<br><br>VANGUARD EMERGENCY MANAGEMENT A/K/A VANGUARD INSPECTION SERVICES; ET. AL.<br><br>   Defendants | Civil No. 3: 20-CV-01316-JAG |

NOTICE OF VOLUNTARY DISMISSSAL WITHOUT PREJUDICE

**TO THE HONORABLE COURT**:

NOW COMES Plaintiff, ANGEL RIVERA-RUIZ, through the undersigned *Pro Bono* attorney and very respectfully STATES, ALLEGES AND REQUESTS:

1. On July 7, 2020, Plaintiff filed the above captioned case, pro se, and requested the Court authorize him to proceed *in forma pauperis*.

2. Plaintiff, also, request appointment of counsel *Pro Bono*.

3. The undersigned attorney was named as Plaintiff's *Pro Bono* counsel by the Court.

4. After reviewing the Complaint -in which Plaintiff joined causes of action under ADEA,[1] the Civil Rights Act of 1964,[2] and the False Claims Act[3] against various corporate defendants- the undersigned attorney met with Plaintiff to discuss the matter.

---

[1] 29 U.S.C.A. §§ 621 – 634.
[2] 42 U.S.C.A. §§ 2000e-2 and 20000e-3
[3] 31 U.S.C.A. §§ 3729 – 3733.

5. As a result of said meetings and discussions, Plaintiff authorized the undersigned counsel to notify his voluntary dismissal of the Complaint, ***without prejudice***, pursuant to Rule 41(a)(1)(A) of the Fed Rules of Civil Procedure.

6. None of the named Defendants have answered the Complaint or filed a motion for summary judgment.

7. None of the above captioned causes of action involve a certified class or a class proposed to be certified; a derivative action or an action in which a receiver has been appointed.

8. Therefore, pursuant to Rule 41(a)(1) of the Fed Rules of Civil Procedure, the present notice of dismissal does not require a Court order and will operate as a dismissal without prejudice.

**WHEREFORE Plaintiff,** ANGEL RIVERA-RUIZ, respectfully requests this Honorable Court dismiss the above captioned case WITHOUT PREJUDICE.

**RESPECTFULLY SUBMITTED**

In San Juan, Puerto Rico, on August 10, 2020.

**I HEREBY CERTIFY:** that on this date I filed this document electronically with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to all parties of record in the case of caption.

/S/ David K. Rodríguez Encarnacion
USDC Num. 215707
P.O. Box 29477
San Juan, P.R., 00929-0477
Tel. (787) 775-5759
Fax. (787) 782-9377
Email: dkre@me.com