IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| ANGEL RUIZ-RIVERA,<br><br>**Plaintiff,**<br><br>v.<br><br>FANEUIL, INC., *et al.*,<br><br>**Defendants.** | CIVIL NO. 20-1316(JAG) |

**JUDGMENT**

Pursuant to Plaintiff's Notice of Voluntary Dismissal, Docket No. 7, Judgment is hereby entered DISMISSING WITHOUT PREJUDICE Plaintiff's case. The case is now closed for statistical purposes.

IT IS SO ORDERED.

In San Juan, Puerto Rico this Tuesday, August 25, 2020.

s/ Jay A. Garcia-Gregory
JAY A. GARCIA-GREGORY
U.S. DISTRICT JUDGE